**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

RONALD LEE WHITEHEAD,           )
                                )
            Petitioner,          )
                                )
    v.                           )           No. CIV-02-722-S
                                )
RANDALL G. WORKMAN,              )
                                )
            Respondent.          )

## ORDER

On March 2, 2006, the United States Magistrate Judge for this District filed Findings and Recommendation in this case. A copy of the Findings and Recommendation was mailed to Petitioner on March 2, 2006. No receipt indicating that Petitioner had received the findings was ever filed. On March 23, 2006, a deputy court clerk spoke with Mr. Whitehead on the phone and he indicated he had received the Findings and Recommendation on or about March 8, 2006. To date no objection has been filed by Petitioner.

The Court finds the record before it specifically documents and supports the Findings and Recommendations of the United States Magistrate Judge that this action be in all respects dismissed.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be **affirmed** and adopted by this Court as this Court's Findings and Order, and Petitioner's writ of habeas corpus is **dismissed**.

**IT IS SO ORDERED** this 30th day of March, 2006.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma